

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00541-CV

**LONE STAR SPORTSMAN, INC.** d/b/a Alan Warren Outdoors,
Appellant

v.

Mike **MALIK** d/b/a Paradice Hunt Club,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-19979
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss this appeal is GRANTED. This appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d). Appellee's motion to dismiss is DENIED AS MOOT.

SIGNED November 27, 2013.

_____
Karen Angelini, Justice